# United States District Court

## Southern District of Georgia

Douglas Gable and Niesha King

_____
Plaintiff

Case No. 4:23-cv-00125-WTM-CLR

v. Alan Luffman and Tru Pak Moving Systems, Inc.

_____
Defendant

Appearing on behalf of
Douglas Gable and Niesha King
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __February__, __2024__.

_____
UNITED STATES MAGISTRATE JUDGE

*****

**NAME OF PETITIONER:** S. Lamar Gardner

**Business Address:** The Law Office of S. Lamar Gardner
Firm/Business Name

1201 W. Peachtree Street
Street Address

Ste 2300 | Atlanta | Ga | 30309
Street Address (con't) | City | State | Zip

Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

470-322-7729 | | 763511
Telephone Number (w/ area code) | | Georgia Bar Number

**Email Address:** s.lamar@slamargardner.com