UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DOUGLAS GABLE and NIESHA KING, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) )  CV423-125 |
| ALAN LUFFMAN, *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 44), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. (Doc. no. 44.) Plaintiffs' Second Motion for Leave to File Amended Complaint is **DENIED**. (Doc. no. 33.)

**ORDER ENTERED** at Augusta, Georgia, this 25th day of March, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA