IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DOUGLAS GABLE and NIESHA KING,

    Plaintiffs,

v.

ALAN LUFFMAN and TRU-PAK
MOVING SYSTEMS, INC.,

    Defendants.

CV 423-125

**O R D E R**

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 71.) All Parties signed the stipulation, so the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA